AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico ▾

<table>
<tr><td>United States of America<br>v.<br><br>Michael Kenneth Thompson<br><br><br>──────────────────<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.  26-MJ-3278</td></tr>
</table>

**FILED**

United States District Court
Roswell, New Mexico

Erik Paltrow
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 27, 2026 _____ in the county of _____ Curry _____ in the _____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

See Affidavit, incorporated by reference.

☑ Continued on the attached sheet.

*Ryan Phelan*
──────────────────────────
*Complainant's signature*

Ryan Phelan, Special Agent, FBI
──────────────────────────
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ June 29, 2026 _____

──────────────────────────
*Judge's signature*

City and state: _____ Roswell, New Mexico _____

Barbara S. Evans, U.S. Magistrate Judge
──────────────────────────
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

**United States of America**

**V.**

**Michael Kenneth Thompson**

I, Ryan Phelan, being duly sworn, depose and state that:

1.  I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been employed as an SA since January 2026. I am a graduate of the FBI Basic Field Training Course in Quantico, Virginia.

2.  I am presently assigned to the Roswell, New Mexico Homeland Security Taskforce (HSTF) in Roswell, New Mexico. I am responsible for investigation violations of federal laws, including violations for threats transmitted via interstate communications, in violation of Title 18, United States Code, Section 875.

3.  This affidavit is submitted in support of my application for a criminal complaint for the arrest of Michael Kenneth Thompson, for the offense of threats made via interstate communications, in violation of Title 18, United States Code, Section 875(c). I am familiar with the facts and circumstances of the investigation of Thompson. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources. This affidavit does not include each and every fact known to me concerning this investigation.

4.  On June 27, 2026, the FBI National Threat Operations Center (NTOC) received an anonymous electronic tip that Michael Thompson had publicly commented several times on a Facebook post made by The Lubbock Avalanche Journal Facebook page about a pride event. Per the tip, Thompson's comments were "soooooo whatcha saying is it's Hunting Season" and "nothing that a little target practice can't fix."

5.  A social media query for Lubbock Avalanche Journal of Facebook by NTOC confirmed the post and comments reported were made by a Facebook profile of the

name Michael Thompson. The same profile also replied to another Facebook user, "I don't need help just more ammo!"

6. FBI identified the unique account identifier of the Facebook profile posting the comments as michaelandjoy.thompson through the URL used to access the profile. Upon request of the FBI, Facebook voluntarily provided subscriber information on the account michaelandjoy.thompson . Facebook provided IP addresses used to access the account to the FBI.

7. An analysis of one IP address: 2607:fb90:35a2:5059:0ad2:e257:4e9f:286d at 2026-06-26 23:52:54 UTC resulted in the identification of T-Mobile as the service provider. A request made by the FBI to T-Mobile for the subscriber accessing this above IP address identified the account as belonging to Michael Thompson of Clovis, New Mexico.

8. An analysis of another provided IP address 104.156.32.81 as of 6/27/2026 at 10:35:08 UTC resulted in the identification of Plateau Telecommunications as the service provider. A request made by the FBI to Plateau Communications for the subscriber accessing this above IP address identified the account as belonging to Michael Thompson of Clovis, New Mexico. The threat appears to have been transmitted from Clovis and was received in Lubbock, among other places.

9. FBI coordinated with local police in Clovis, New Mexico to contact Thompson and assess the threat. Thompson told the responding officers that he did post the comments, he was stupid for it, and he deleted them.

10. On June 28, 2026, the FBI conducted a probable cause arrest of Michael Thompson at his residence in Clovis, New Mexico. Upon exiting his home, Thompson made an excited utterance and speculated the Facebook post as being the cause of his arrest. Thompson was advised of his Miranda rights by your affiant, and he agreed to speak with agents about his involvement with the Facebook posts.

11. In summary and part, Thompson told agents that he was just running his mouth and had no intention of shooting anyone. Thompson confirmed that he made the post related to it being hunting season and said it was possible he also commented, "nothing that a little target practice won't fix." Thomspon estimates he made the posts between noon and 3 p.m. on June 27, 2026. Thompson told agents he never

would do anything to harm anyone, he has a three-year-old and commented he is a dumbass- just running his mouth.

12. Based on the foregoing, there is probable cause to believe that Thompson committed a violation of Title 18, United States Code, Section 875(c).

13. Assistant United States Attorney Randy Castellano approved prosecution in this case.

*Ryan Phelan*

FBI Special Agent Ryan Phelan

Sworn to and signed before me by telephonic or other reliable electronic means before me this  28 day of June, 2026.

Barbara S. Evans United States Magistrate Judge